**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Kossivi Agdedidi Midodji,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-03054-PHX-DJH (DMF)

**ORDER**

In their response, Respondents argue "[f]or applicants for admission, the Due Process Clause does not require anything beyond what the statute provides." (Doc. 9 at 3.) On September 21, 2026, however, in *Padilla v. ICE*, the Ninth Circuit rejected the government's argument that *DHS v. Thuraissigiam*, 591 U.S. 103 (2020), forecloses due process rights, beyond those Congress grants by statute, for noncitizens who entered the country unlawfully. *Padilla v. U.S. Immigr. & Customs Enf't*, No. 24-2801, slip op. at 25–27 (9th Cir. Sept. 21, 2026). The court wrote that "[t]he government's boundless proposition is nowhere to be found in *Thuraissigiam*." *Padilla*, slip op. at 34. It held that the Supreme Court's decision applies only to noncitizens "at the threshold of initial entry." *Id.* at 27 (quoting *Thuraissigiam*, 591 U.S. at 107). The court emphasized that "[t]he right to due process is conferred, not by legislative grace, but by constitutional guarantee." *Padilla*, slip op. at 34 (quoting *Cleveland Bd. of Educ. v. Loudermill*, 470 U.S. 532, 541 (1985) (citation modified)). It concluded that "[n]oncitizens who arrive illegally and are found away from the border well after arrival are protected from arbitrary detention in

violation of the Due Process Clause." *Id.* at 45.

In light of *Padilla*, the Court will require Respondents to file a supplemental response addressing whether Petitioner is entitled to release or a bond hearing.

**IT IS THEREFORE ORDERED** that Respondents must file a supplemental response as directed herein no later than October 5, 2026. Petitioner may file a supplemental reply no later than October 7, 2026.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to immediately transmit by email a copy of this Order to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

Dated this 1st day of October, 2026.

Honorable Diane J. Humetewa
United States District Judge